**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| HCP LAGUNA CREEK CA, LP, HCP DARTMOUTH MA, LP, HCP TOWSON MD, LP, HCP CAMARILLO CA, LP, AND HRA MANAGEMENT CORPORATION, | ) ) ) ) ) | |
| Plaintiffs-Counter-Defendants, | ) ) | |
| - and - | ) ) | |
| HCP, INC., | ) ) | Case No. 1:09-cv-00824 (GBL/JFA) |
| Counter-Defendant, | ) ) | |
| v. | ) ) | |
| SUNRISE SENIOR LIVING MANAGEMENT, INC., | ) ) ) | |
| Defendant-Counterclaimant. | ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated by and among all of the parties, that all claims, including any cross-claims, counter-claims, or third party claims, of all parties, are hereby dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

Date:    September 3, 2010

VORYS, SATER, SEYMOUR & PEASE LLP
277 South Washington Street, Suite 310
Alexandria, Virginia 22314
Telephone: 703-837-6999
Fax: 703-549-4492

By:    _/s/  Gregory L. Murphy_
      Gregory L. Murphy, VSB No. 12560
      GLMurphy@vorys.com
      Counsel for Plaintiffs-Counter
      Defendants

BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: 703-691-1235
Fax: 703-691-3913

By:    _/s/  William B. Porter_
      William B. Porter, VSB No. 41798
      wporter@blankeith.com
      Counsel for Defendant/Counterclaim
      Plaintiff

Of counsel:

    William E. Wallace III, Esq.
    Stephen M. Nickelsburg, Esq.
    Donna Mulvihill, Esq.
    CLIFFORD CHANCE US LLP
    2001 K Street, N.W.
    Washington, D.C.  20006

Of counsel:

    Paul Martin Wolff
    Kenneth C. Smurzynski
    J. Andrew Keyes, VSB No. 37972
    Daniel M. Dockery
    Benjamin M. Greenblum
    WILLIAMS & CONNOLLY LLP
    725 12th Street, NW
    Washington, DC 20005
    Phone: 202-434-5000
    Fax: 202-434-5029

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2010, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to the following:

> Gregory L. Murphy, Esq.
> Kara Deniene Lehman, Esq.
> VORYS, SATER, SEYMOUR & PEASE, LLP
> 277 South Washington Street, Suite 310
> Alexandria, Virginia 22314
>
> Stephen M. Nickelsburg, Esq.
> CLIFFORD CHANCE US LLP
> 2001 K Street, N.W.
> Washington, D.C.  20006
>
> Counsel for Plaintiffs and Counter-Defendant

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

> William E. Wallace III, Esq.
> Margaret Chapin Minifie, Esq.
> Roni Eileen Bergoffen, Esq.
> Donna Mulvihill, Esq.
> CLIFFORD CHANCE US LLP
> 2001 K Street, N.W.
> Washington, D.C.  20006

> _____/s/  William B. Porter_____
> William B. Porter, Esq.
> Virginia State Bar No. 41798
> BLANKINGSHIP & KEITH, P.C.
> 4020 University Drive, Suite 300
> Fairfax, Virginia 22030
> Phone: 703-691-1235
> Fax: 703-691-3913
> wporter@blankeith.com
>   Counsel for Defendant